
| | |
|---|---|
| NO. 20-CI-003082 | JEFFERSON CIRCUIT COURT<br>DIVISION FOUR (4)<br>JUDGE CHARLES L. CUNNINGHAM |
| STEPHANIE LACKEY | PLAINTIFF |

**NOTICE OF FILING NOTICE OF REMOVAL**

| | |
|---|---|
| AMERICAN HEART ASSOCIATION, INC. | DEFENDANT |

*Electronically Filed*

Please take notice, that on June 11, 2020, Defendant American Heart Association, Inc., by counsel, removed this action to the United States District Court for the Western District of Kentucky, by filing the Notice of Removal attached hereto as Exhibit A. Pursuant to 28 U.S.C. § 1446(d), this Court "shall proceed no further unless and until the case is remanded."

Respectfully submitted,

*/s/Robin E. McGuffin*
Demetrius O. Holloway
dholloway@stites.com
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Facsimile:  (502) 587-6391

Robin E. McGuffin
rmcguffin@stites.com
STITES & HARBISON, PLLC
250 West Main Street, Suite 2300
Lexington, Kentucky 40507
Telephone:  (859) 226-2300
Facsimile:  (859) 253-9144

*COUNSEL FOR DEFENDANT,*
*AMERICAN HEART ASSOCIATION, INC.*

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on June 11, 2020, a copy of the foregoing was filed via the Court's e-filing system, which served a copy electronically upon the following:

Andrew S. Epstein
Bahe, Cook, Cantley, & Nefzger PLC
1041 Goss Avenue
Louisville, Kentucky 40217
(502) 587-2002 (phone)
(502) 587-2007 (fax)
andrew@bccnlaw.com

*Counsel for Plaintiff*

                                            <u>*/s/Robin E. McGuffin*</u>
                                            *Counsel for Defendant, American Heart Association, Inc.*