UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:20-CV-00422-RGJ-LLK

STEPHANIE LACKEY                                                                                          PLAINTIFF

v.

AMERICAN HEART ASSOCIATION, INC.                                                      DEFENDANT

**OPINION & ORDER**

Judge Rebecca Grady Jennings referred this matter to U.S. Magistrate Judge Lanny King for resolution of all litigation planning issues, a scheduling conference, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. [DN 12].

On September 20, 2021 counsel, the Court conducted a telephonic status conference to discuss disputes that have arisen during the discovery process. [DN 19]. Based on conversations with the parties at that time, **IT IS HEREBY ORDERED:**

1. The parties shall meet and confer, either in person or telephonically to discuss the objections to Plaintiff's discovery requests.

2. If issues remain, Plaintiff is granted leave to file a motion to compel regarding any remaining discovery disputes discussed during the September 20, 2021 conference.

**IT IS SO ORDERED.**
September 21, 2021

Lanny King, Magistrate Judge
United States District Court

c:     Counsel of Record
p:     0.15

1